[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Frederick Henry Suttles
(Full name under which convicted)
PETITIONER

07/01043
(Prisoner number)

vs.

Warden Rivers
(Warden, Superintendent, or authorized person having custody of petitioner)
RESPONDENT, and

(Fill in the following blank **only** if judgment attacked imposes a sentence to commence in the future)

ATTORNEY GENERAL OF THE STATE OF

_____
(State where judgment entered)

20 cv 50268
Judge Thomas M. Durkin
Magistrate Lisa A. Jensen

**RECEIVED**

JUL 16 2020

THOMAS G. BRUTON
CLERK, U.S DISTRICT COURT

Case Number of State Court Conviction:

_____

## PETITION FOR WRIT OF HABEAS CORPUS – PERSON IN STATE CUSTODY

1. Name and location of court where conviction entered:

   Hampden County
   Springfield, MA 01105

2. Date of judgment of conviction:

   July 13-1993

3. Offense(s) of which petitioner was convicted (list all counts with indictment numbers, if known)

   Possession of Cocain with intent to Distribute within 1000 feet of a school (CHAP 94 § 32J)

4. Sentence(s) imposed:

   2 Years

5. What was your plea? (Check one)
   (A) Not guilty    ( )
   (B) Guilty        (✓)
   (C) Nolo contendere ( )

   If you pleaded guilty to one count or indictment and not guilty to another count or indictment, give details:

   _____

Revised: 06/04/15

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

As to Petitioner's application to proceed *in forma pauperis* (IFP), it is denied. His trust account statement shows that his current balance is $94.00 and his average monthly deposit was $67.00 during the six-month period before he filed his § 2241 petition. Such funds do not qualify him for IFP status. He can afford the $5.00 filing fee. The Court notes that the $5.00 fee applies to § 2241 and § 2254 petitions, but not to § 2255 motions.

Date:  6/30/2020                                        /s/ Thomas M. Durkin

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**PART I – TRIAL AND DIRECT REVIEW**

1. Kind of trial: (Check one):   Jury ( )        Judge only (X)
2. Did you testify at trial?     YES ( )        NO    ( )
3. Did you appeal from the conviction or the sentence imposed? YES ( )   NO (X)

    (A) If you appealed, give the

    (1) Name of court: _____

    (2) Result: _____

    (3) Date of ruling: _____

    (4) Issues raised: _____
    _____
    _____

    (B) If you did not appeal, explain briefly why not:

    My LAwyer Jerry Rideout Told me NOT TO.

4. Did you appeal, or seek leave to appeal, to the highest state court? YES ( )    NO (X)

    (A) If yes, give the

    (1) Result: _____

    (2) Date of ruling: _____

    (3) Issues raised: _____
    _____

    (B) If no, why not: My LAwyer Jerry Rideout Told me NOT TO.

5. Did you petition the United States Supreme Court for a writ of *certiorari*? Yes ( )  No (X)

    If yes, give (A) date of petition: _____ (B) date *certiorari* was denied: _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**PART II – COLLATERAL PROCEEDINGS**

1. With respect to this conviction or sentence, have you filed a post-conviction petition in state court?

   YES ( )   NO (X)

   With respect to *each* post-conviction petition give the following information (use additional sheets if necessary):

   A. Name of court: _____

   B. Date of filing: _____

   C. Issues raised: _____
   _____
   _____

   D. Did you receive an evidentiary hearing on your petition?   YES ( )   NO (X)

   E. What was the court's ruling? _____

   F. Date of court's ruling: _____

   G. Did you appeal from the ruling on your petition?   YES ( )   NO ( )

   H. (a)  If yes, (1) what was the result? _____

       (2) date of decision: _____

   (b) If no, explain briefly why not: _____

   I. Did you appeal, or seek leave to appeal this decision to the highest state court?

   YES ( )   NO (X)

   (a) If yes, (1) what was the result? _____

       (2) date of decision: _____

   (b) If no, explain briefly why not:

   my LAwyer Jerry RideouT Told me 2 Never AppeAl. I did wHAT my LAwyer Told me 2 do.

3

Revised: 06/04/15

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

2. With respect to this conviction or sentence, have you filed a petition in a **state court** using any other form of post-conviction procedure, such as *coram nobis* or habeas corpus?   YES ( )   NO (X)

   A. If yes, give the following information with respect to each proceeding (use separate sheets if necessary):

   1. Nature of proceeding   I TRied To Flle A moTion TO Dissmiss 3 Times
   2. Date petition filed   1-7-20, 2-14-20, 4-11-20
   3. Ruling on the petition   _____
   4. Date of ruling   _____
   5. If you appealed, what was the ruling on appeal?   _____
   6. Date of ruling on appeal   _____
   7. If there was a further appeal, what was the ruling?   _____
   8. Date of ruling on appeal   _____

3. With respect to this conviction or sentence, have you filed a previous petition for habeas corpus in **federal court**?   YES (X)   NO (X)

   A. If yes, give name of court, case title and case number: _____

   B. Did the court rule on your petition? If so, state

   (1) Ruling: _____
   (2) Date: _____

4. With respect to this conviction or sentence, are there legal proceedings pending in any court, other than this petition?   YES ( )   NO ( )

   If yes, explain:

   _____

4

Revised: 06/04/15

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## PART III – PETITIONER'S CLAIMS

1. State briefly every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. You may attach additional pages stating additional grounds and supporting facts. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds later.

**BEFORE PROCEEDING IN THE FEDERAL COURT, YOU MUST ORDINARILY FIRST EXHAUST YOUR STATE COURT REMEDIES WITH RESPECT TO EACH GROUND FOR RELIEF ASSERTED.**

(A) Ground one  I AM FACTUALY INNOCENT
Supporting facts (tell your story briefly without citing cases or law):

My lawyer Jerry Rideout and A-D-A Howard Safford came up with a fake charge of poss, with intent to disribute cocain with in 1000 feet of a school so I got a 2 year sentence, we all 3 knew thier was no school no where around where I was arrested, this was done because I was a state witness in 2 double muder trials, but the fact is thier was no school no where around the place I was arrested at, at sentencting the state did not state what school this charge was for.

(B) Ground two  INAFECTIVE ASST OF COUNSEL
Supporting facts:

My lawyer Jerry Rideout had me lie 2 the court by having me plead 2 a charge he knew I did not do that was fake made up by him and A-D-A Howard Safford

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(C) Ground three: CONFLICT OF INTREST
Supporting facts:

My lawyer Jerry Rideout and Dale Bass were my enstranged wife lawyer filling restraining orders agianst me at the same time working as my lawyers on this drug case they both represented me wife in a wrongfull death suit at the same time being my lawyers

(D) Ground four: Violating my right to due process
Supporting facts:

I have repetably tried 2 file motions on this case in court in Hampden County Mass only to be told over and over they have not recieved any motion. They dont want me back in thier court All my files have been shreded in my case

2. Have all grounds raised in this petition been presented to the highest court having jurisdiction?
YES ( )  NO (X)

3. If you answered "NO" to question (2), state briefly what grounds were not so presented and why not:

Lawyer told me 2 never file anything on this case

6

Revised: 06/04/15

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## PART IV – REPRESENTATION

Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(A) At preliminary hearing _____

(B) At arraignment and plea _____

(C) At trial _____

(D) At sentencing _____

(E) On appeal _____

(F) In any postconviction proceeding _____

(G) Other (state): _____

## PART V – FUTURE SENTENCE

Do you have any future sentence to serve following the sentence imposed by this conviction?

YES ( )   NO (X)

Name and location of the court which imposed the sentence: _____

Date and length of sentence to be served in the future _____

WHEREFORE, petitioner prays that the court grant petitioner all relief to which he may be entitled in this proceeding.

Signed on: __7-12-20__
(Date)

_____
Signature of attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct.

_F.H. Suttles_
(Signature of petitioner)

__07101043__
(I.D. Number)

__AUSP - PoBox 1001, THomson, Il__
(Address)
__61285__

7                                                               Revised: 06/04/15

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]